# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

YENSAEL PEDROSO DIAZ,

                Petitioner,

      v.

T. BLANCHE, et al.,

                Respondents.

Case No. 5:26-cv-01493-RGK-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the Petition;

(2) a writ of habeas corpus be issued requiring Petitioner Yensael Pedroso Diaz's (A# 209-821-820) release subject to reasonable conditions of supervision; and

(3) that Respondents file a status report within three (3) calendar days from the date of this order confirming Petitioner's release and compliance with this order.

Dated: 7/7/2026

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2